PLAINTIFF/PETITIONER/MOVANT'S NAME
Jane Rocio Evans, nft

PRISON NUMBER
Not applicable

PLACE OF CONFINEMENT
Not applicable

ADDRESS
P.O. Box 424886
San Francisco, CA. 94142

FILED
'08 FEB 19 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# United States District Court
## Southern District Of California

Jane Rocio Evans
P.O. Box 424886
San Francisco, CA. 94142,
Plaintiff/Petitioner/Movant

v.

Logan Heights Family Health Center
1809 National Avenue, San Diego, CA. 92113
Defendant/Respondent

'08 CV 0315 DMS LSP
Civil No. ______________________
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No" go to question 2)

   If "Yes," state the place of your incarceration

   Are you employed at the institution? ☐ Yes ☐ No

   Do you receive any payment from the institution? ☐ Yes ☐ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]



CR

2. Are you currently employed? ☐ Yes ☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

Last employed on June 29, 2007, Monthly wages for month: of around $3,685.38 ¢ Gross & around $2,789.51 ¢ net monthly. Company: Asian American Recovery Services, 1115 Mission Rd, South San Francisco, CA. 94080

3. In the past twelve months have you received any money from any of the following sources?:

a. Business, profession or other self-employment ☒ Yes ☐ No
b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
c. Pensions, annuities or life insurance ☐ Yes ☒ No
d. Disability or workers compensation ☐ Yes ☒ No
e. Social Security, disability or other welfare ☒ Yes ☐ No
e. Gifts or inheritances ☐ Yes ☒ No
f. Spousal or child support ☐ Yes ☒ No
g. Any other sources ☒ Yes ☐ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

I received Food Stamp EBT Benefit starting July 2007 — Nov 2007, monthly amount, around $146.00. I currently receive $516 every 2 weeks from Employment Development Dept. Benefit. I received about $7,200 for EDD in 2007, $15,052 in wages/salary. I also received about $300 in welfare Benefit in 2007.

4. Do you have any checking account(s)? ☒ Yes ☐ No

a. Name(s) and address(es) of bank(s): Union Bank of California, 400 California St., San Francisco

b. Present balance in account(s): Overdrawn about — $389.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No

a. Name(s) and address(es) of bank(s):

b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No

a. Make: Year: Model:

b. Is it financed? ☐ Yes ☐ No

c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value.____________________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
None but myself.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
I currently owe a student loan to Sallie Mae Company, which is in Economic Hardship Deferment — owe about $70,000 in student loans.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): $0

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

2-15-08
DATE

[signature], MFT
SIGNATURE OF APPLICANT

THIS IS A WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY.

SOCAL AUTHORIZATION CENTER U051893
PO BOX 19007
SAN BERNARDINO CA 92423-9007

PERIOD ENDING U22338440
4048 11-03-07 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/1211
DATE ISSUED
09-02-07 A 11-07-07

STATE OF CALIFORNIA
BILL LOCKYER, TREASURER

EMPLOYMENT DEVELOPMENT DEPARTMENT
VOID IF OVER $900, OR IF NOT CASHED WITHIN 1 YEAR FROM DATE ISSUED

PAY ONLY 516 00 CTS

PAY TO THE ORDER OF: **FIVE HUNDRED SIXTEEN DOLLARS************************ $516.00**

ROCIO EVANS
PO BOX 424886
SAN FRANCISCO CA 94142

Patrick W. Henning
DIRECTOR
UNEMPLOYMENT INSURANCE ACCOUNT

⑈0827⑈ ⑆121113423⑆ 2233844O1⑈

THE BACK OF THIS DOCUMENT CONTAINS A SECURITY MARK. HOLD AT AN ANGLE TO VIEW.

22338440

ALLOW 10 DAYS FOR DELIVERY OF CHECK. DETACH THIS STUB FOR YOUR RECORD

| | | | | | |
|---|---|---|---|---|---|
| 51893 | R. EVANS | | SSA# 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 / WEEK PAID | 10-27-07 | $258.00 |
| | CLAIM EXPIRES | 08-30-08 | | 11-03-07 | $258.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $4322.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

2-14-08

Proof of EDD Benefit —
Jane Rocio Evans