FILED

08 FEB 19 PM 3:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jane Roao Evans P.O. Box 424886, San Francisco, CA. 94142 v. Logan Heights Family Health Centre 1809 National Ave. San Diego, CA. 92113 | | Civil No. '08 CV 0315 DMS LSP<br><br>REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST |

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

A. my claim is meritorious (that is, I have a good case), and

B. I have made a reasonably diligent effort to obtain counsel, and

C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

____ Yes ✓ No



CR

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

_____ Yes _____ No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

____ Yes ✓ No, not at this time, as I am currently unemployed.

If "YES," give the following information about each attorney with whom you talked:

Attorney: I have not made those efforts as it would be

When: impossible for me to be able to afford

Where: the initial Consultation Fee now and in the

How (by telephone, in person, etc.): Coming months.

Why attorney was not employed to handle your claim: ____________________

Attorney: Unable to afford consultation fee to

When: Search for attorney.

Where: ____________________

How (by telephone, in person, etc.): ____________________

Why attorney was not employed to handle your claim:

Attorney: Unable to afford Consultation fee

When: to search for attorney.

Where: ____________________

How (by telephone, in person, etc.): ____________________

Why attorney was not employed to handle your claim:

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:
I have not currently made these efforts, as I am unemployed and I have tried to find an attorney before for another matter and it was impossible to find one who would take my case on a contigency basis. My case is complex and attorneys generally want a simple, quick case to take on contigency basis.

6. Give any other information which supports your application for the court to appoint an attorney for you: The Discrimination, racial, which I suffered is very severe and caused serious physical and psychological harm. In addition, there are several other co-workers who also suffered Discrimination. I am currently unemployed due to my other 20 co-workers being laid off work at the same time, and it is impossible for me to afford an attorney now or in the coming months.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:
None

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A. Employment

Are you employed now? ___ yes _✓_ no ___ am self-employed

Name and address of employer:

If employed, how much do you earn per month? ______________

If not employed, give month and year of last employment: June 29, 2007.

How much did you earn per month in your last employment? Around $2,789.51¢ monthly net Salary.

If married, is your spouse employed? ___ yes ___ no Not applicable.

If "YES," how much does your spouse earn per month? ______________

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? ______________

B. Assets

(i) Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ✓ yes ___ no

If "YES," give the amount received and identify the sources:

$ Received Source

I received $15,052 in 2007 from Employment Wages at Asian American Recovery Service Company. I received about $300 from AFCD Benefit, and I received Food Stamp Benefit starting July 2007 – Nov 2007, about $146 monthly Benefit. I received about $7,2050 benefit from Employment Development Dept in 2007.

(Attach additional sheets as necessary)

(ii) Cash

Have you any cash on hand or money in savings or checking accounts? ✓ yes ___ no

If "YES," state total amount: currently $40 cash on hand, No money in checking account.

(iii) Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ✓ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| | |

C. Obligations and Debts

(i) Dependents

Your marital state is: ✓ single ___ married ___ widowed, separated or divorced.

Your total number of dependents is : None

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| Not Applicable — | No Dependents. |

(ii) Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| about Creditor | Total Debt | Monthly Payment |
|---|---|---|

Rent: $820 monthly rent, owe $70,000 to Sallie Mae Loan Company, currently in Economic Deferment status, thus not making payments.

Mortgage on Home: Not Applicable

Others:

owe about $389 to Bank, overdrawn account due to being unemployed.

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 2-15-08

Signature [signature] MFT

(Notarization is not required)