U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF Jane Rocio Evans | COURT CASE NUMBER 3:08-CV-315 DMS |
| DEFENDANT Logan Heights Family Health Center | TYPE OF PROCESS Summons & complaint |

FILED 2008 JUL 10 AM 8:08 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Human Resources Dir. of Logan Heights Family Health Center

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1809 National ~~Avenue, San Diego~~, CA. 92113

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jane Rocio Evans, MFT
P.O. Box 424886
San Francisco, CA. 94142

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Phone - 619) 234-8171, Alternate business address, 2204 National Avenue, San Diego, CA. 92113, Nora Cole, Coordinator, Diane Corning, Director, Logan Heights Family Mental Health Center

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jane Rocio Evans, MFT, Pro Se | ☑ PLAINTIFF ☐ DEFENDANT | 415) 336-3547 | 7-2-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 98 | No. 98 | A Scott | 7/8/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| | |
|---|---|
| Name and title of individual served (*if not shown above*) Clinic Director Assistant / Vicky Villalobos Patient Care data Coordinator | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (*complete only if different than shown above*) | Date of Service: 7/08/08 · Time: 1155 am / pm |
| | Signature of U.S. Marshal or Deputy: [signature] |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Jane Rocio Evans

vs

Logan Heights Family Health Center

**SUMMONS IN A CIVIL ACTION**

Case No. 08cv315-DMS-LSP

TO: (Name and Address of Defendant)

Logan Heights Health Center
1809 National Avenue
San Diego, CA. 92113

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jane Rocio Evans
P.O. Box 424886
San Francisco, CA 94142

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

June 25, 2008
DATE

By, Deputy Clerk