Jennifer A. Kearns (SBN 125588)
Courtney L. Bunt (SBN 234410)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: jkearns@duanemorris.com
clbunt@duanemorris.com
Attorneys for Defendant LOGAN HEIGHTS FAMILY HEALTH CENTER

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROCIO EVANS,<br>Plaintiff,<br>v.<br>LOGAN HEIGHTS FAMILY HEALTH CENTER,<br>Defendant. | Case No.: 08 CV 0315 DMS LSP<br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br>**[F.R.C.P. 12(b)(6)]**<br>Date: September 5, 2008<br>Time: 1:30 p.m.<br>Ctrm: 10<br>Judge: Hon. Dana M. Sabraw<br>Complaint Filed: February 19, 2008 |

TO PLAINTIFF, JANE ROCIO EVANS:

PLEASE TAKE NOTICE that on September 5, 2008, at 1:30 p.m. in Courtroom No. 10 of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California, Defendant Logan Heights Family Health Center will and hereby does move pursuant to Federal Rule of Civil Procedure12(b)(6) for an Order dismissing this action on the ground that Plaintiff fails to state a claim upon which relief can be granted because her claims are statutorily time barred.

/ / /

/ / /

/ / /

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Courtney L. Bunt filed herewith, the entire Court file in this action, and any other matters considered by the Court.

Dated: July 25, 2008

**DUANE MORRIS LLP**

By: /s/ Jennifer A. Kearns
Jennifer A. Kearns
Courtney L. Bunt
Attorneys for Defendant
LOGAN HEIGHTS FAMILY HEALTH CENTER