Jennifer A. Kearns (SBN 125588)
Courtney L. Bunt (SBN 234410)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: jkearns@duanemorris.com
clbunt@duanemorris.com
Attorneys for Defendant LOGAN HEIGHTS FAMILY HEALTH CENTER

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROCIO EVANS,<br>Plaintiff,<br>v.<br>LOGAN HEIGHTS FAMILY HEALTH CENTER,<br>Defendant. | Case No.: 08 CV 0315 DMS LSP<br>**DECLARATION OF COURTNEY L. BUNT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br>**[F.R.C.P. 12(b)(6)]**<br>Date: September 5, 2008<br>Time: 1:30 p.m.<br>Ctrm: 10<br>Judge: Hon. Dana M. Sabraw<br>Complaint Filed: February 19, 2008 |

I, Courtney L. Bunt, hereby state and declare as follows:

1. I am an attorney licensed to practice law by the State of California and am admitted to practice before this Court. I am an associate at the law firm of Duane Morris LLP, counsel of record for Defendant in the above captioned matter. I have personal knowledge of the matters stated herein, and if called to testify could and would testify as follows.

2. A true and correct copy of the Charge of Discrimination, attached to Plaintiff's Complaint and subsequently marked as Exhibit 1(b), is attached hereto as Exhibit "A."

3. A true and correct copy of the Dismissal and Notice of Rights, attached to Plaintiff's Complaint and subsequently marked as Exhibit 1(a), is attached hereto as Exhibit "B."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, except for those matters which I have stated upon information and belief, and with respect to those matters, I believe them to be true.

Executed on the 25th day of July, 2008, at San Diego, California.

/s/ Courtney L. Bunt
Courtney L. Bunt

# EXHIBIT "A"

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[ ] FEPA

[X] EEOC 488-2007-00749

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Jane Rocio Evans | (415) 336-3547 | 05-26-1962 |

Street Address City, State and ZIP Code

P. O. Box 424886, San Francisco, CA 94142

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| LOGAN HEIGHTS FAMILY HEALTH CENTER | 201 - 500 | (619) 234-8171 |

Street Address City, State and ZIP Code

1809 National Avenue, San Diego, CA 92113

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [X] NATIONAL ORIGIN

[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 09/01/2001 | 10-11-2002 |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

1. I began working for the Logan Heights Family Health Center on or about May 27, 2000 as an MFT Intern/Therapist.

On or about October 11, 2002, I was escorted off the premises and "locked out" of my job by my supervisors, Diane Coming and Yvonne Bentle. The 'lock-out' was Retaliation from Ms. Coming and Ms. Bentle for calling California Association of Marriage, Family Therapists. I believe this was due to retaliation because of me participating in someone else's complaint in June 2000 by signing a petition with co-worker, Luis Morales, for the unfair treatment of Mexican co-worker, Adela; for her being unjustly laid off work for illegal reasons and also Adelia's racially discriminatory treatment by Supervisors.

Additional Retaliation occurred in Winter 2003 by these Supervisors for an investigation of me by San Diego Mental Health personnel. These personnel investigated me for Fraud and communicated to me that my "charts from this company were going to be thoroughly audited." This occurred a few months after I complained in writing about illegal and unethical conduct of these Supervisors.

Retaliation in the form of HR Director, who is White, Black listed and defamed me and racially harassed me by giving me a negative reference to the Dir. of the San Ysidro Mental Health Center. This occurred around March 2003. Of course, I did not get the job.

Retaliation by Diane Coming is in the form of a card she sent by mail refusing to give me a professional reference, her business being "because you have been hostile to co-workers."

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

x 10-10-07 Jane Rocio Evans MFT

Date Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

# EXHIBIT "B"

EEOC Form 161 (3/98)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Jane R. Evans
P. O. Box 424886
San Francisco, CA 94142

From: San Diego Local Office
401 B Street
Suite 510
San Diego, CA 92101

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 488-2007-00749 | Roger A. Owen, Investigator | (619) 557-7283 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☒ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed** **WITHIN 90 DAYS** **of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred** more than 2 years (3 years) **before you file suit may not be collectible.**

On behalf of the Commission

Raul Green (signature)

Raul G. Green,
Intake Supervisor

11/23/2007
(Date Mailed)

Enclosures(s)

cc: LOGAN HEIGHTS FAMILY HEALTH CENTER
1809 National Avenue
San Diego, CA 92113