Jennifer A. Kearns (SBN 125588)
Courtney L. Bunt (SBN 234410)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: jkearns@duanemorris.com
jpcooley@duanemorris.com
clbunt@duanemorris.com
Attorneys for Defendant LOGAN HEIGHTS FAMILY HEALTH CENTER

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROCIO EVANS,<br>Plaintiff,<br>v.<br>LOGAN HEIGHTS FAMILY HEALTH CENTER,<br>Defendant. | Case No.: 08 CV 0315 DMS LSP<br>**DECLARATION OF SERVICE** |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is **101 West Broadway, Suite 900, San Diego, California.**

On **July 25, 2008**, I served the documents described as:

► **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS;**

► **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

► **DECLARATION OF COURTNEY L. BUNT IN SUPPORT;**

► **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

on all parties listed below by the following means:

Jane Rocio Evans
P. O. Box 424886
San Francisco, CA 94142
Plaintiff, *In Propria Personum*

☐ **(BY HAND) [C.C.P. § 1011]** Delivery of such envelope to the party listed above accomplished by CalExpress Attorney Service to the receptionist or person in charge thereof between the hours of 9:00 a.m. and 5:00 p.m.

☒ **(BY MAIL) [C.C.P. § 1013(a)(3) Business Practice to Entrust Deposit to Others]** I placed such envelope for collection, deposit and mailing with the United States Postal Service following ordinary business practices at my place of business. I am readily familiar with the business practice of my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE) [C.C.P. § 1013(e), (f)]** I caused a true copy of the document(s) to be transmitted via facsimile to a facsimile machine maintained by the person on whom the document(s) is served. Facsimile service has been agreed upon by the parties. I am aware that the service is complete at the time of transmission, but any period of notice shall be extended after service by facsimile transmission by two court days.

☐ **(BY FEDEX) [C.C.P. § 1013(c)]** I deposited such envelope in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for.

☐ **(BY ELECTRONIC SERVICE):** I attached a true and correct copy of the above-entitled document(s) to LexisNexis File and Serve by electronic transfer for service on all counsel of record pursuant to the Case Management Order . This serve complies with CCP § 1010.6.

I certify and declare under penalty of perjury under the laws of the State of California that the paper which the documents was produced on is recycled paper.

I certify and declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed **July 25, 2008** at **San Diego, California**.

Margaret E. Schulte
Margaret E. Schulte