# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROCIO EVANS, Plaintiff, vs. LOGAN HEIGHTS FAMILY HEALTH CENTER, Defendant. | CASE NO. 08CV0315 DMS (LSP) **ORDER RE: ORAL ARGUMENT** |

Pending before this Court is Defendant's motion to dismiss Plaintiff's complaint. The motion is currently scheduled for hearing on Friday, September 5, 2008. The matter is suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: August 28, 2008

HON. DANA M. SABRAW
United States District Judge