# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROCIO EVANS,<br>Plaintiff,<br>vs.<br>LOGAN HEIGHTS FAMILY HEALTH CENTER,<br>Defendant. | CASE NO. 08cv0315 DMS (LSP)<br>**ORDER REQUIRING RESPONSE** |

The Court is in receipt of Plaintiff's opposition to Defendant's motion to dismiss her claim. Although untimely, the Court has decided to accept her opposition papers. As a result, Defendant must file a reply on or before ***September 15, 2008.***

Pursuant to the Court's August 28, 2008 Order, the matter remains under submission per Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: September 8, 2008

HON. DANA M. SABRAW
United States District Judge